IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE            :
                                     : ID No. S0909000858 R-1
           :
vs.                    :
           :
DERRICK POWELL            :
           :
           :
           :
           :
           :

Decided: May 24, 2016

On Petitioner's Motion for Postconviction Relief: **DENIED**


MEMORANDUM OPINION


Patrick J. Collins, Esquire, Collins & Roop, Wilmington, Delaware, Attorney for Defendant.

Natalie Woloshin, Esquire, Woloshin, Lynch & Natalie, P.A., Wilmington, Delaware, Attorney for Defendant.

John J. Williams, Esquire, Kathryn Garrison , Esquire; Peggy Marshall, Esquire, Martin Cosgrove, Esquire, Department of Justice, Georgetown, Delaware, Attorneys for the State of Delaware.

GRAVES, J.